# United States District Court

## For The District of Columbia

**UNDER SEAL**

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

V.

TIJANI AHMED SAANI

DOB:

PDID:

(Kuwait)

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Between in or about __April 21, 2006__ in ___the State of Kuwait___,

defendant did, (Track Statutory Language of Offense)

willfully make and subscribe a Form 1040 (United States Individual Income Tax Return), which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Austin, Texas, which said Form 1040 defendant did not believe to be true and correct as to every material matter in that the said Form 1040 Schedule B declared that TIJANI AHMED SAANI did not have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, whereas, he did have an interest in or a signature or other authority over a financial account in a foreign country.

in violation of Title ___26___ United States Code, Section(s) _7206(1)_____

I further state that I am a Special Agent with the Internal Revenue Service, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
Troy Burrus, Special Agent
Internal Revenue Service – Crim. Investigation Div.

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C._____
Date                                              City and State

_____     _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **CRIMINAL COMPLAINT AND** | : | **MAGISTRATE NO:** |
| | : | |
| **ARREST WARRANT FOR** | : | |
| | : | **UNDER SEAL** |
| **TIJANI AHMED SAANI** | : | |
| | : | |

## AFFIDAVIT OF TROY BURRUS

I, Troy Burrus, being first duly sworn, hereby depose and state:

### I.     Affiant

1.     I, Troy Burrus, am a Special Agent with the Internal Revenue Service, Criminal Investigation Division, having been so employed since July 1999, and as such am vested with the authority to investigate violations of federal law.   I have received training in investigations of tax fraud, money laundering, and the bank secrecy act and have participated in many such investigations.  I have personally participated in this investigation and am thoroughly familiar with the information contained in this affidavit.

2.     Special Agents with the Defense Criminal Investigative Service ("DCIS"); the Army Criminal Investigation Command ("CID"); the Department of Homeland Security ("DHS") Immigration and Customs Enforcement ("ICE"); the Internal Revenue Service, Criminal Investigations Division ("IRS"); and the Special Inspector General for Iraq Reconstruction ("SIGIR"), in conjunction with the United States Department of Justice, Antitrust and Criminal Divisions ("DOJ") have been investigating conspiracies among TIJANI AHMED SAANI ("SAANI"), and others to solicit, receive, and give bribes in Kuwait and elsewhere in return for rigging the award of government contracts and in return for being influenced to commit and aid in the commission of fraud against

the United States.   In addition, I have investigated SAANI and his wife, BARBARA

SAANI, for violations of the Internal Revenue Code.  As described more fully below, I

have probable cause to believe that SAANI has made and submitted under the penalty of

perjury a statement that is false as to a material matter on his 2005 tax return.

      3.     I make this affidavit in support of a criminal complaint and arrest warrant

for SAANI, charging him with one count of making a false statement on a tax return, in

violation of 26 U.S.C. § 7206(1).

      4.     The facts set forth in this affidavit are based on knowledge I obtained

during the course of the investigation, including reviewing documents and computer

records related to this investigation; knowledge obtained from other individuals,

including other law enforcement officers; discussions with persons with knowledge;

knowledge gained by reviewing interviews conducted by other law enforcement

personnel; communications with others who have personal knowledge of the events and

circumstances described herein; and information gained through  my training and

experience.  Because this affidavit is submitted for the limited purpose of establishing

probable cause to support this application for a criminal complaint and an arrest warrant,

it does not set forth each and every fact that I have learned during the course of this

investigation or known to the United States.


## II.    Background Information

      5.     SAANI, a Department of the Air Force civilian employee, worked as a

contracting officer on detail to Camp Arifjan, Kuwait between 2002 and 2007.  During

this time SAANI was responsible for awarding and administering contracts for goods and

services on behalf of the United States in support of Operation Iraqi Freedom and on

behalf of the United States Embassy in Kuwait.  SAANI, along with his wife BARBARA

SAANI, and two adopted minor children currently reside in Kuwait.

**III.    Probable Cause that SAANI Violated 26 U.S.C. § 7206(1)**

6.    On April 21, 2006, SAANI and BARBARA SAANI each signed, under the penalty of perjury, their joint tax return for the 2005 tax year. Schedule B, attached to their 2005 tax return, includes in Part III, 7a the question: "At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account?" SAANI and BARBARA SAANI checked "No" in response to this question. They left blank Part III, 7b, which asks for the name of the foreign country in which the account exists if the question in Part III, 7a is answered affirmatively.

7.    During the course of this investigation, with the assistance of Her Majesty's Attorney General for Jersey, a self-governing British Crown dependency located in the English Channel, the United States obtained records from HSBC Bank plc and HSBC Bank International Limited, which operate a bank in Jersey.

8.    The bank records produced by HSBC Bank plc and HSBC Bank International Limited show that on January 26, 2003, SAANI completed an Offshore Account Application Form for HSBC in Jersey. On his application, SAANI listed his home address as the American Embassy in Kuwait. He also provided to HSBC a copy of his United States Passport to confirm his identity.

9.    In April 2003, HSBC accepted SAANI's application and established two accounts (               and  )                        ) for him in Jersey. SAANI later opened additional accounts at HSBC in Jersey (               ,          ,      ). Bank and wire transfer records reveal that between March 2003 and July 2007, when HSBC closed these accounts, SAANI made frequent deposits, withdrawals, and other transfers. In total, at least $700,000 passed through SAANI's HSBC accounts in Jersey.

10.    In 2003, SAANI and BARBARA SAANI wired a total of $376,956.30 from Kuwait to SAANI's HSBC accounts in Jersey.  The table below lists those wire transfers:

| 2003 Wire Transfers to SAANI Accounts at HSBC in Jersey | | |
|---|---|---|
| DATE | AMOUNT | FROM |
| 04/24/2003 | $16,612.31 | SAANI |
| 05/01/2003 | $25,050.00 | SAANI |
| 05/12/2003 | $50,050.00 | SAANI |
| 06/12/2003 | $30,000.00 | BARBARA SAANI |
| 06/19/2003 | $40,087.00 | SAANI |
| 06/19/2003 | $55,000.00 | SAANI |
| 06/30/2003 | $50,000.00 | SAANI |
| 08/19/2003 | $74,972.00 | SAANI |
| 10/10/2003 | $10,185.03 | SAANI |
| 12/29/2003 | $25,000.00 | SAANI |

11.    In 2004, SAANI wired a total of $195,216.10 from Kuwait to his accounts in Jersey.  The table below lists those wire transfers:

| 2004 Wire Transfers to SAANI Accounts at HSBC in Jersey | | |
|---|---|---|
| DATE | AMOUNT | FROM |
| 02/17/2004 | $50,804.40 | SAANI |
| 03/01/2004 | $30,000.00 | SAANI |
| 04/01/2004 | $10,126.93 | SAANI |
| 04/16/2004 | $30,000.00 | SAANI |
| 04/21/2004 | $2,000.00 | SAANI |
| 08/03/2004 | $10,142.40 | SAANI |
| 11/02/2004 | $10,142.37 | SAANI |
| 11/24/2004 | $52,000.00 | SAANI |

12.    In 2005, SAANI wired a total of $106,229.06 from Kuwait to his accounts in Jersey.  The table below lists those wire transfers:

| 2005 Wire Transfers to SAANI Accounts at HSBC in Jersey | | |
|---|---|---|
| DATE | AMOUNT | FROM |
| 01/14/2005 | $26,000.00 | SAANI |
| 03/14/2005 | $20,000.00 | SAANI |
| 04/26/2005 | $10,000.00 | SAANI |
| 07/08/2005 | $20,000.00 | SAANI |
| 0901/2005 | $10,000.00 | SAANI |
| 11/02/2005 | $4,229.06 | SAANI |
| 12/08/2005 | $16,000.00 | SAANI |

13.    When HSBC notified SAANI that it was closing his accounts in July 2007, SAANI responded with a facsimile requesting that HSBC provide him with international bankers drafts in amounts totaling more than $700,000.  SAANI asked HSBC to send to him in Kuwait a $250,000 draft made payable to Real Estate Investment Limited and a $350,000 draft made payable to                    , SAANI's adopted minor son.  In addition, SAANI asked HSBC to issue drafts in the amounts of $136,133.91, EU$ 3,630.73, and GBP 1,103.46 made payable to SAANI himself.  Copies of these drafts produced by HSBC show that all five were at one point negotiated through Standard Chartered Bank or Barclays Bank, both of which maintain branches in Ghana where SAANI is believed to have additional bank accounts.

14.    Our investigation and a review of bank wire transfer records has also revealed that between 2002 and 2007 SAANI deposited large sums of money into foreign accounts which he owns or for which he is the beneficiary.  In 2005, in addition to the deposits made to his HSBC accounts in Jersey, SAANI deposited almost $450,000 in two accounts in his name in Ghana (Barclays Bank, Tamale Branch, Acct # 1255971 and Standard Chartered Bank, Acct # 8700202440500).  That year SAANI also deposited

Page 5

more than $75,000 in an account in his name in The Netherlands (ABN Amro Bank NYC, Acct #       ), and more than $140,000 in an account in his name in the United Kingdom (Barclays Bank, Knightsbridge, Acct #      ).

## IV.    Conclusion

15.    Based on the foregoing, I respectfully submit that there is probable cause to believe that in 2006 TIJANI A. SAANI:

    a)    made and subscribed a tax return for 2005 that was false as to a material matter, i.e., his ownership or control of a foreign bank account;

    b)    made and subscribed the return under a written declaration that was made under the penalty of perjury;

    c)    did not believe the return to be true and correct as to every material matter; and

    d)    falsely subscribed to the return willfully, with the specific intent to violate the law,

in violation of 26 U.S.C. § 7206(1).  Accordingly, I respectfully request a warrant to arrest TIJANI A. SAANI.

16.    I also respectfully request that this application and accompanying affidavit be placed under seal to protect the integrity of the ongoing investigation. Premature disclosure of the contents of this affidavit would frustrate this investigation by alerting the subjects of the investigation to the nature of the probe, the techniques employed, the evidence developed to date, and the identities of those providing information.

FURTHER AFFIANT SAYETH NAUGHT

_____
Special Agent Troy Burrus
Internal Revenue Service


Sworn to and subscribed before me on _____ March, 2008.


_____
United States Magistrate Judge
District of Columbia

Page 7