UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE:                                           :
                                                 :
CRIMINAL COMPLAINT AND                           :     MAGISTRATE NO: 08-203-M-01
                                                 :
ARREST WARRANT FOR                               :
                                                 :     **UNDER SEAL**
TIJANI AHMED SAANI                               :
                                                 :

## ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated  03/25/08                          _____
                                          MAGISTRATE JUDGE
                                          United States District Court
                                          District of Columbia

cc: