

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAY 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: | : |
| | :    **MAGISTRATE NO: 08-203-M-1** |
| ARREST WARRANT FOR | : |
| | : |
| TIJANI AHMED SAANI | : |
| _____ | : |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT, AFFIDAVIT AND ARREST WARRANTS

The United States of America, by and through its undersigned attorneys for the United States Department of Justice, respectfully requests that the Criminal Complaint, Affidavit and Arrest Warrants in the above-captioned case be unsealed. The defendant was arrested yesterday, May 7, 2008, at John F. Kennedy International Airport in Queens, New York. He is scheduled to appear before the Honorable Joan M. Azrack, United States Magistrate Judge, at 2 p.m. today. The government respectfully requests that, at that time, the complaint be unsealed and available for public filing.

This office previously requested the Complaint, Affidavit and Arrest Warrants be sealed until the defendant had been arrested. It is now respectfully requested that the Complaint, Affidavit and Arrest Warrants be unsealed as the defendant has now been arrested.

Respectfully submitted,

By: _____
Ryan Danks
Kate Albrecht
Trial Attorneys
United States Department of Justice
450 5th Street NW, Room 11420
Washington, DC 20530
Telephone: (202) 476-0285
Facsimile: (202) 514-6525