UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Magistrate No. 1:08-mj-203 |
| | : | |
| v. | : | |
| | : | |
| TIJANI AHMED SAANI, | : | |
|     Defendant | : | |
| _____ | : | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 19th day of May, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

BY: **s/Kathryn H. Albrecht**
_____
Kathryn H. Albrecht
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of May 2008, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy of the above by facsimile to:

Peter Toumbekis
Heller & Heller
fax (212) 737-4186


       William M. Welch II
       Chief
       Public Integrity Section

       **s/Kathryn H. Albrecht**
BY: _____
       Kathryn H. Albrecht
       Trial Attorney
       Criminal Division
       Public Integrity Section
       10th Street & Constitution Avenue, NW
       Washington, DC 20530
       Phone: (202) 305-7348
       Fax: (202) 514-3003
       Email: kate.albrecht@usdoj.gov