# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>)<br>**TIJANI AHMED SAANI,** )<br>    **Defendant** )<br>)<br>) | **Criminal No. 1:08-cr-147-RJL** |

## NOTICE OF APPEARANCE

The United States, by and through undersigned counsel, respectfully notifies this Honorable Court that Mark Pletcher, Esq., and Emily W. Allen, Esq., will appear for the United States in the above-captioned matter.

DATED this 19th day of May, 2008.

Respectfully submitted,

_____/s/_____
RYAN DANKS
MARK PLETCHER
EMILY W. ALLEN
Trial Attorneys, National Criminal
Enforcement Section
Antitrust Division
United States Department of Justice
450 5th Street, N.W., 11th Floor
Washington, D.C. 20530
Telephone: (202) 305-0128
Facsimile: (202) 514-6525
E-mail:    ryan.danks@usdoj.gov
           mark.pletcher@usdoj.gov
           emily.allen@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy of the above by facsimile to:

Peter Toumbekis
Heller & Heller
Facsimile No. 212-737-4186

                                                /s/
                                      RYAN DANKS
                                      Trial Attorney, National Criminal
                                      Enforcement Section
                                      Antitrust Division
                                      United States Department of Justice
                                      450 5th Street, N.W., 11th Floor
                                      Washington, D.C. 20530
                                      Telephone: (202) 305-0128
                                      Facsimile: (202) 514-6525
                                      E-mail:       ryan.danks@usdoj.gov