UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:08-147 (RJL) |
| v. | : | |
| TIJANI AHMED SAANI,<br>    Defendant | : | |

UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Kathryn H. Albrecht, and enters her notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 19th day of May, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

BY:   **s/Kathryn H. Albrecht**
      _____
      Kathryn H. Albrecht
      Trial Attorney
      Criminal Division
      Public Integrity Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 305-7348
      Fax: (202) 514-3003
      Email: kate.albrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of May 2008, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy of the above by facsimile to:

Peter Toumbekis
Heller & Heller
fax (212) 737-4186


      William M. Welch II
      Chief
      Public Integrity Section

      **s/Kathryn H. Albrecht**
BY:  _____
      Kathryn H. Albrecht
      Trial Attorney
      Criminal Division
      Public Integrity Section
      10th Street & Constitution Avenue, NW
      Washington, DC 20530
      Phone: (202) 305-7348
      Fax: (202) 514-3003
      Email: kate.albrecht@usdoj.gov