UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:08-147 (RJL) |
| v. | : | |
| **TIJANI AHMED SAANI,** | : | |
|     **Defendant** | : | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned, Ann C. Brickley, and enters her notice of appearance on behalf of the United States in the above-referenced case.

Respectfully submitted this 19th day of May, 2007.

William M. Welch II
Acting Chief
Public Integrity Section

*s/Ann C. Brickley*
BY: _____
Ann C. Brickley
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 305-7348
Fax: (202) 514-3003
Email: ann.brickley@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify on this 19th day of May 2008, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy of the above by facsimile to:

Peter Toumbekis
Heller & Heller
fax (212) 737-4186


   William M. Welch II
   Chief
   Public Integrity Section

   *s/Ann C. Brickley*
BY:  _____
   Ann C. Brickley
   Trial Attorney
   Criminal Division
   Public Integrity Section
   10th Street & Constitution Avenue, NW
   Washington, DC 20530
   Phone: (202) 305-7348
   Fax: (202) 514-3003
   Email: ann.brickley@usdoj.gov