UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- against -                                          08 CR 147 (RJL)

TIJANI AHMED SAANI,

　　　　　　　　　　　　　Defendant.

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed declaration of Patricia A. Pileggi, John Lauro, Esq. as a sponsoring member of the Bar of this Court, moves this Court for an Order permitting the admission of Patricia A. Pileggi, Esq., *pro hac vice* to practice before this Court.

Dated: New York, New York
　　　　May 30, 2008

　　　　　　　　　　　　　　　　　　　　　　LAURO LAW FIRM

　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　John F. Lauro, Esq.
　　　　　　　　　　　　　　　　Lauro Law Firm
　　　　　　　　　　　　　　　　101 East Kennedy Boulevard
　　　　　　　　　　　　　　　　Suite 3100
　　　　　　　　　　　　　　　　Tampa, Florida 33602
　　　　　　　　　　　　　　　　(813) 222-8990
　　　　　　　　　　　　　　　　(D.C. Bar #392830)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
----------------------------------------------------

UNITED STATES OF AMERICA,

    - against -　　　　　　　　　　　　　　08 CR 147 (RJL)

TIJANI AHMED SAANI,

                  Defendant.

----------------------------------------------------

### DECLARATION OF PATRICIA A. PILEGGI

    Patricia A. Pileggi, being duly sworn, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My full name is Patricia Anne Pileggi.

2. My office address, phone number and E-mail is:
   Patricia A. Pileggi
   747 Third Avenue
   32nd Floor
   New York, NY 10017
   (212) 425-3391
   ppileggi@paplaw.com

3. I am a member of good standing of the New York State Bar. I have been admitted to practice in the United States District Courts in the Eastern District of New York and Southern District of New York, and Second Circuit Court of Appeals.

4. I have never been disciplined by any bar.

5. This is the first time that I have sought admission *pro hac vice* in this Court.

Dated: New York, New York
       May 30, 2008

*[signature]*
PATRICIA A. PILEGGI
747 Third Avenue
32nd Floor
New York, NY 10017
(212) 425-3391