UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- against -                                                                08 CR 147 (RJL)

TIJANI AHMED SAANI,

                                        Defendant.

### NOTICE OF MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed declaration of Susan G. Kellman, John Lauro, Esq., as a sponsoring member of the Bar of this Court, moves this Court for an Order permitting the admission of Susan G. Kellman, Esq., *pro hac vice* to practice before this Court.

Dated: New York, New York
       May 30, 2008

                                        LAURO LAW FIRM

                      By: _____
                                  John F. Lauro, Esq.
                                  Lauro Law Firm
                                  101 East Kennedy Boulevard
                                  Suite 3100
                                  Tampa, Florida 33602
                                  (813) 222-8990
                                  (D.C. Bar #392830)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------
UNITED STATES OF AMERICA,

    - against -                                                              08 CR 147 (RJL)

TIJANI AHMED SAANI,

                      Defendant.
-----------------------------------------------------------

### DECLARATION OF SUSAN G. KELLMAN

        Susan G. Kellman, being duly sworn, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My full name is Susan Gail Kellman.

2. My office address, phone number and E-mail is:
Susan G. Kellman
25 8th Avenue
Brooklyn, New York 11217
(718) 783-8200
kellmanesq@aol.com

3. I am a member of good standing of the New York State Bar. I have been admitted to practice in the United States District Courts in the Eastern District of New York and the Southern District of New York and in the Second Circuit Court of Appeals.

4. I have never been disciplined by any bar.

5. This is the first time that I have sought admission *pro hac vice* in this Court.

Dated: New York, New York
       May 30, 2008

                                                        *Susan G. Kellman*
                                                        SUSAN G. KELLMAN
                                                        25 8TH Avenue
                                                        Brooklyn, New York 11217
                                                        (718) 783-8200