UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | CRIM. NO. 08-00147 (RJL) |
| )  | |
| vs.                                                  ) | |
| ) | |
| TIJANI AHMED SAANI,                    ) | |
| ) | |
| Defendant.                                     ) | |
| _____) | |

## ORDER

This matter is before this Court on the Motions and Declarations filed by John F. Lauro, Esq. on June 2, 2008 on behalf of Patricia A. Pileggi, Esq. [17] and Susan G. Kellman, Esq. [18] so that they may be admitted *pro hac vice* to practice before this court in the above-captioned matter. Ms. Pileggi and Ms. Kellman have each offered sworn declarations that they are members in good standing of the New York State Bar and have been admitted to practice before the United States District Courts in the Eastern District of New York and Southern District of New York, and the Second Circuit Court of Appeals.

**IT IS ORDERED** that the motions are granted and Patricia A. Pileggi, Esq. and Susan G. Kellman, Esq. are admitted *pro hac vice* to practice before this court in the above-captioned matter.

_____    6/2/08
Royce C. Lamberth, Chief Judge            Date