O442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ~~UNDER SEAL~~ UNSEALED |
| --- | --- |
| v. | 08-CR-147 |
| TIJANI AHMED SAANI | **WARRANT FOR ARREST** |

CASE NUMBER: 0 8 - 2 0 3 - M - 0 1

To: The United States Marshal
and any Authorized United States Officer

**FILED**

YOU ARE HEREBY COMMANDED to arrest ____Tijani Ahmed Saani____
                                              Name

JUN 1 6 2008

and bring him or her forthwith to the nearest magistrate to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully making and subscribing a Form 1040 (United States Individual Income Tax Return), which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Austin, Texas, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 Schedule B declared that TIJANI AHMED SAANI did not have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, whereas, he did have an interest in or a signature or other authority over a financial account in a foreign country.

in violation of Title 26, United States Code, Section(s) § 7206(1).

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

MAR 2 5 2008    District of Columbia
Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ OFFICER *Reporting* | SIGNATURE OF ~~ARRESTING~~ OFFICER *Reporting* |
| --- | --- | --- |
| DATE OF ARREST 16 Jun 08 | DUSM Robert C. Byers | *[signature] Robert C. Byers* |