NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number 08-00147(RJL)

**TIJANI AHMED SAANI**
        (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ■ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David M. Lubitz 457558
(Attorney & Bar ID Number)

Law Office of David M. Lubitz
(Firm Name)

210 5th Street, N.E.
(Street Address)

Washington, D.C. 20002
(City)      (State)      (Zip)

(202) 492-4273
(Telephone Number)