# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK 11201

ROBERT C. HEINEMANN
CLERK

# FILED

## JUN - 9 2008

**Clerk, U.S. District and
Bankruptcy Courts**

DATE : 6/4/08

RE :        U.S.A.      V. TIJANI SAANI

*CR 08-147 (RJL)*

Magistrate Docket Number : 08-440M
District of                      Case Number : 08-203-M-01

Dear Sir/Madam :

Enclosed please find certified copies of our entire file in the above captioned Rule 5 Removal
proceeding regarding defendant :

TIJANI SAANI

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this

letter signed and dated.

Respectfully,

Krista DiLorenzo

Criminal Arraignment Clerk
(718) 613-2620

ACKNOWLEDGMENT

DISTRICT OF

# United States District Court

## For The District of Columbia

UNDER SEAL

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

V.

TIJANI AHMED SAANI

DOB:
PDID: PSC 1280, BOX 142
          APO AE 09880-9998 (Kuwait)

CASE NUMBER: 0 8 - 2 0 3 - M - 0 1

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  Between in or about ___April 21, 2006___ in ___the State of Kuwait___,

defendant did, (Track Statutory Language of Offense)

willfully make and subscribe a Form 1040 (United States Individual Income Tax Return), which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Austin, Texas, which said Form 1040 defendant did not believe to be true and correct as to every material matter in that the said Form 1040 Schedule B declared that TIJANI AHMED SAANI did not have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, whereas, he did have an interest in or a signature or other authority over a financial account in a foreign country.

in violation of Title ___26___ United States Code, Section(s) 7206(1) _____

I further state that I am a Special Agent with the Internal Revenue Service, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

Signature of Complainant
Troy Burrus, Special Agent
Internal Revenue Service – Crim. Investigation Div.

Sworn to before me and subscribed in my presence,

MAR 2 5 2008
_____
Date

JOHN M. FACCIOLA
U.S MAGISTRATE JUDGE
_____
Name & Title of Judicial Officer

at      ___Washington, D.C.___
              City and State

Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

DEFENDANT'S INFORMATION SHEET

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:___TIJANI AHMED SAANI_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____KUWAIT_____

LAST KNOWN EMPLOYMENT: <u>DEPARTMENT OF THE AIR FORCE (CIVILIAN)</u>

PLACE OF BIRTH: _____GHANA_____

DATE OF BIRTH: _____ _____

SOCIAL SECURITY NUMBER: _____

HEIGHT:_____5' 10"_____          WEIGHT:_____175_____

SEX:_____M_____          RACE: ___B_____

HAIR: _____BL_____          EYES: _____BR_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

Internal Revenue Service – Criminal Investigation Division
Special Agent Troy Burrus
500 N. Capitol Street, NW
Room 3605
Washington, DC 20221

AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**UNDER SEAL**

v.

TIJANI AHMED SAANI

## WARRANT FOR ARREST

CASE NUMBER:  08 - 203 - M - 01

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Tijani Ahmed Saani _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully making and subscribing a Form 1040 (United States Individual Income Tax Return), which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Director, Internal Revenue Service Center, at Austin, Texas, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 Schedule B declared that TIJANI AHMED SAANI did not have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, whereas, he did have an interest in or a signature or other authority over a financial account in a foreign country.

in violation of Title 26  United States Code, Section(s) § 7206(1) .

JOHN M. FACCIOLA
S MAGISTRATE JUDGE

Name of Issuing Officer

JOHN M. FACCIOLA
S MAGISTRATE JUDGE

Title of Issuing Officer

MAR 2 5 2008    District of Columbia

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | INVESTIGATE COPY ONLY | |
| | ORIGINAL C FILE WITH | |
| DATE OF ARREST | US MARSHALL RM—HHP100 | |

AO442(Rev. 12/85)Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

| | |
|---|---|
| DEFENDANT'S NAME: | TIJANI AHMED SAANI |
| ALIAS: | |
| LAST KNOWN RESIDENCE: | KUWAIT |
| LAST KNOWN EMPLOYMENT: | DEPARTMENT OF THE AIR FORCE (CIVILIAN) |
| PLACE OF BIRTH: | GHANA |
| DATE OF BIRTH: | |
| SOCIAL SECURITY NUMBER: | |

| | | | |
|---|---|---|---|
| HEIGHT: | 5' 10" | WEIGHT: | 175 |
| SEX: | M | RACE: | B |
| HAIR: | BL | EYES: | BR |

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Internal Revenue Service – Criminal Investigation

Division, Special Agent Troy Burrus, 500 N. Capitol Street, NW, Room 3605, Washington, DC 20221

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

## M08-0440

1) Magistrate Case Number: _____

2) Defendant's Name: _Saani_____ _Tijani_____ _Ahmed____
   (Last)                    (First)              (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _District of Columbia_

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: _5 8 08_

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: _____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: _Andrew Goldsmith, Ann Brickley_

14) DEFENSE COUNSEL'S NAME: _~~Michael Schneider~~ Peter Toumbekis_
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: _u_ RET: _✓_
    Telephone Number: (___) _____

15) LOG #: ___( 313 - 322 )___ MAG. JUDGE: _Joan Azrack_

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

       SO ORDERED ON THIS _____ DAY OF _____, 20__

                    _____
                    UNITED STATES MAGISTRATE JUDGE

AO 470 (8/85) Order of Temporary Detention

# United States District Court

| EASTERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

**V.**

_Tyani Saani_
_____
Defendant

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Case Number:  03- 440M

Upon motion of the _____Dut_____ , it is ORDERED that a

detention hearing is set for __5/9/08____* at _____11am_____
                                  Date                              Time

before _____M J  Azrack_____
                        Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
              Other Custodial Official

_____              _____
          Date                                    Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

**NOTICE OF APPEARANCE**

-v-

Tijani Ahmed Saani
**Defendant.**

Docket Number : M08-0440

Judge :

Date : MAY. 8, 2008

**PLEASE NOTICE, that I have been RETAINED by** Tijani Ahmed Saani

the above named defendant.    I was admitted to practice in this district on or about 1996 .

Signature : _____

Mark Jay Heller, Esq
Print Name : Peter Toumbekis, Esq.

Bar Code : PT3842
of counsel to
Office Address : Heller & Heller

425 Park Ave. - 5 Fl, NY, NY 10022

Telephone # : (212) 737-4490

**\*\*\* NOTICE TO ATTORNEY\*\*\***

**\*\*Bar Code** - The attorney's initials and last four digits of the social security number must appear on all pleading.

**\*\*Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)**



AO 470 (8/85) Order of Temporary Detention

# United States District Court

| EASTERN | DISTRICT OF | NEW YORK |
| --- | --- | --- |

UNITED STATES OF AMERICA

V.

_Tijani Ahmed Saani_
_____ Defendant

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Case Number:    O8-440M

Upon motion of the _____ Dft _____, it is ORDERED that a

detention hearing is set for _5/14/08_ * at _____ 2pm _____
                              Date                    Time

before __M J Bloom__
        Name of Judicial Officer

BROOKLYN, NEW YORK
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
          Other Custodial Official

_5/9/08_ X                              _David __ _
   Date                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



JP:AEG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

TIJANI AHMED SAANI,

        Defendant.

- - - - - - - - - - - - - - - - -X

**M08-0440**

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
<u>DISTRICT OF COLUMBIA</u>

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

        DEBORAH PIAGENTINI, being duly sworn, deposes and says
that she is a Deputy United States Marshal with the United States
Marshal Service ("USMS"), duly appointed according to law and
acting as such.

        Upon information and belief, on March 25, 2008, an
arrest warrant was issued by the United States District Court for
the District of Columbia, commanding the arrest of the defendant,
TIJANI AHMED SAANI, for willfully making and subscribing a
fraudulent Form 1040 (United States Individual Income Tax
Return), in violation of Title 26, United States Code, Section
7206(1).

        The source of your deponent's information and the
grounds for her belief are as follows:

        1.    On March 25, 2008, an arrest warrant was issued by
the United States District Court for the District of Columbia,
commanding the arrest of the defendant, TIJANI AHMED SAANI, for
willfully making and subscribing a fraudulent Form 1040 (United
States Individual Income Tax Return), in violation of Title 26,

United States Code, Section 7206(1).  The arrest warrant was
issued following a criminal complaint issued in that district.
Attached are copies of the arrest warrant and the criminal
complaint.

2.    On or about May 7, 2008, the defendant arrived at
John F. Kennedy International Airport, in Queens, New York, on
Kuwait Airways Flight # 117 from Kuwait City, Kuwait.  The
defendant was in possession of a valid United States Diplomatic
Passport, numbered 900558470, and a United States DOD/Uniformed
Services identity card identifying the defendant as a civilian
employee of the Air Force.  Upon arrival, the defendant was
detained by inspectors from the Department of Homeland Security,
Customs and Border Protection ("CBP"), because of the instant
warrant.  CBP inspectors then notified the USMS that the
defendant was detained as a result of an outstanding arrest
warrant.  Members of the USMS then arrived at JFK Airport and
placed the defendant under arrest after examining his passport
and confirming that the name on the passport matched the name on
the arrest warrant.  Moreover, the defendant confirmed that his
name was "TIJANI AHMED SAANI."

3.    A fingerprint comparison further confirmed that
the person arrested by the USMS at JFK Airport on or about May 7,
2008, is the same TIJANI AHMED SAANI wanted on the above-
mentioned arrest warrant issued on March 25, 2008 in the District
of Columbia.

4.    It is the desire of Public Integrity, Department

-2-

of Justice, Criminal Division, Washington, DC, that the defendant TIJANI AHMED SAANI, be removed to the District of Columbia for prosecution.

WHEREFORE, it is requested that the defendant TIJANI AHMED SAANI, be removed to the District of Columbia so that he may be dealt with according to law.

DEBORAH PIAGENTINI
Deputy U.S. Marshal
United States Marshal Service

Sworn to before me this
8th day of May, 2008

THE HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

-3-

*United States District Court*
### EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ORDER SETTING CONDITIONS OF RELEASE AND BOND |
|---|---|
| v. | |
| Tijani Ahmed Saani | Case No.: 08 M 440 |
| **Defendant** | |

#### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, subject to the Standard Conditions of Bond on the reverse and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[ ] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or **$500,000**

[✓] Upon **Secured Appearance Bond** as provided herein.

#### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[ ] 1.  The defendant must remain in and may not leave the following areas without Court permission: _____

[ ] 2.  The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3.  The defendant shall avoid and not go to any of the following locations: _____

[✓] 4.  The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5.  Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
  [✓] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
  [✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____  *as directed*
  [✓] is subject to home detention with electronic monitoring with the following conditions: *except for court appearances, attorney visits + medical emergencies.*
  [✓] must undergo [ ] random drug testing [✓] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [✓] mental health problems.
  [✓] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance

[ ] 6.  Other Conditions: *Deft to seek employment. Deft to reside at an approve location.*

#### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ *500,000*. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated.

[ ] cash deposited in the Registry of the Court the sum of $_____
[✓] premises located at:✗  owned by  *Ahmed Saani*
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____

[ ] Other Conditions: _____

| | |
|---|---|
| X *Barbara Box* | Address: X *Amer. Emb. Kuwait* |
| *Barbara Saani* (Surety) | |
| X *Salihu Saqn* Surety | Address: X _____ |
| *Salihu Saani* (Surety) | |
| X *Ahmed Saani* | Address: X _____ |
| *Ahmed Saani* (Surety) | |

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the Standard Conditions of Bond set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

_____
Signature of Defendant

Release of the Defendant is hereby ordered on _____ ,20

_____, US__J

| Distribution: | White-Original | Canary - Courtroom Deputy | Pink - Pretrial Services | Goldenrod - Defendant |
|---|---|---|---|---|

WP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                        1:08-MJ-00440

TIJANI AHMED SAANI,

          Defendant.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Winston M. Paes from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant United States Attorney Winston M. Paes
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Tel: (718) 254-6023
    Fax: (718) 254-6481
    Email: Winston.Paes@usdoj.gov

In addition, the Clerk of the Court is
respectfully requested to ensure that all future ECF
notifications are sent to Assistant United States Attorney
Winston M. Paes at the email address set forth above.

Dated:    Brooklyn, New York
          May 15, 2008

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney


                         By:  /s/Winston M. Paes
                              Winston M. Paes
                              Assistant U.S. Attorney

cc:  Clerk of the Court (JG)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 08-M-0440 |
| | ) | (D.D.C. CRIM NO. 08-203-M-01) |
| vs. | ) | |
| | ) | |
| TIJANI AHMED SAANI, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE OF
## DISTRICT COURT'S ORDER TO STAY RELEASE

COMES NOW the United States of America, Department of Justice, Criminal Division,

Public Integrity Section, and presents the Order to Stay a Bail Order issued by the Honorable

Lois Bloom, United States Magistrate Judge for the Eastern District of New York (Attached).

Chief Judge Royce C. Lamberth signed the Order today, after receiving the Government's

Motion to Stay and for Revocation of the Release Order.  Chambers for Judge Lamberth has set

the hearing for tomorrow, May 16, 2008, at 5:00 p.m.  Judge Lamberth has indicated that he is

willing to handle the hearing via teleconference.

Dated this 15th day of May, 2008.

WILLIAM M. WELCH II
Chief, Public Integrity Section

By:    /s_____
Ann C. Brickley
Trial Attorney
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1412
Facsimile (202) 514-3003
Ann.brickley@usdoj.gov



q

# United States District Court
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                   **ORDER OF DETENTION PENDING TRIAL**

Tijani Ahmed Saani                Case Number:  0S - 44oM

In accordance with the Bail Reform Act 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

___ (1) The defendant is charged with an offense described in 18 U.S.C §3142(f)(1) and has been convicted of a (federal offense)
(State or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
___ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
___ an offense for which the maximum sentence is life imprisonment or death.
___ an offense for which a maximum term of imprisonment of ten years or more is prescribed in_____.
___ a felony that was committed after the defendant had been convicted of two or more prior federal offense described in
18 U.S.C §3142(f)(1)(A)-(C), or comparable state or local offenses.
___ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
___ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment)
for the offense described in finding (1).
___ (4) The defendant has not rebutted the presumption established by finding Nos (1). (2) and (3) that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community.

### Alternative Findings (A)
___ (1) There is probable cause to believe that the defendant has committed an offense
___ for which a maximum term of imprisonment of ten years or more is prescribed in___21 U.S.C. §_____.
___ under 18 U.S.C. §924(c).
___ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions
will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)
___ (1) There is a serious risk that the defendant will not appear.

___ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____

## Part II - Written Statement of Reasons for Detention
I find that the credible testimony and information submitted at the hearing establishes by a *preponderance of the evidence/clear and convincing evidence* that no conditions will reasonably assure *defendant's appearance/the safety of the community* because
___ defendant lacks substantial ties to the community
___ defendant is not a U S. citizen and an illegal alien.
___ defendant has no stable history of employment.
___ defendant presented no credible sureties to assure his appearance.
___ but leave is granted to reopen and present a bail package in the future.
___ defendant's family resides primarily in_____.

_____
*but to be held on stayed release pending appeal of bail order in District of Prosecution*

## Part III - Directions Regarding Detention
The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated:  _____, 2008
Brooklyn, New York

_____
*UNITED STATES MAGISTRATE JUDGE*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

**United States of America**

**NOTICE OF APPEARANCE**

-v-

Tijana Saani

Docket Number : 08- 440M

**Defendant.**

Judge :

Date : 5/29/08

**PLEASE NOTICE, that I have been RETAINED by** Tijana Saani

the above named defendant.   I was admitted to practice in this district on _____.

**Signature :**

**Print Name :** Susan G. Kellman

**Bar Code :** SGK 7895

**Office Address :** 25 8th Avenue

Blyn NY 11217

**Telephone # :** (718) 783 8200

# *** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

   **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.   (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)

A TRUE COPY
ATTEST
DATE June 4 2008
ROBERT C. HEEMANN
BY K. D____
CLERK
DEPUTY CLERK



## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _Robert Noug_          DATE : _5/29/08_

DOCKET NUMBER _08- 440M_          LOG # : _4:11- 4.24_

DEFENDANT'S NAME : _Tyani Saani_

  _✓_ Present     ___ Not Present     _✓_ Custody     ___ Bail

DEFENSE COUNSEL : _Susan Keilm_

  ___ Federal Defender     ___ CJA     _✓_ Retained

A.U.S.A: _V Paes_          DEPUTY CLERK : _K DiLorenyo_

INTERPRETER :          (Language)

_Status_ _____ Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

____ Order of Speedy Trial entered.   Code Type_____   Start_____   Stop _____

____ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

____ Status conference set for _____ @ _____ before Judge_____

OTHERS : ~~xxxxxxxxxx~~ M. Heller relieved. Susan Kellman appointed

A TRUE COPY
ATTEST
D_____ June 4 ...... 20 08
_____MANN
                              CLERK
BY _K. DiLorenzo_
        DEPUTY CLERK

(22)

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA
V.

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER:

I, _____Tijani Saan_____, understand that in the
_____District of Columbia_____ District of _____Columbia_____, charges are pending
alleging violation of _____18 USC § 3145(a)_____ and that I have been

arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right
to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings
to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the
person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information
filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held
either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is
pending against me.

_____

_____Defendant_____

6/4/08                           _____
_____Date_____              _____Defense Counsel_____

USMJ    6/3/08

24

✎ AO 94  (Rev  8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| EASTERN | District of | NEW YORK |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>**TIJANI AHMED SAANI** | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 08-203M | 08-440M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    X  Complaint    ☐ Other (specify)

charging a violation of      26      U.S.C. § 7206

**DISTRICT OF OFFENSE**

### DISTRICT OF COLUMBIA

**DESCRIPTION OF CHARGES:**

DEFENDANT WILLFULLY MAKING A FRAUDULENT FORM 1040

**CURRENT BOND STATUS:**

☐ Bail fixed at                          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X  Other          Bond set by ED of NY reversed by District Judge in D.C.

| **Representation:** ☐ Retained Own Counsel | ☑ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

### DISTRICT OF   NEW YORK

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 6/3/08 | |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

25

CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00440-JMA-1
### Internal Use Only

Case title: USA v. Saani

Date Filed: 05/08/2008
Date Terminated: 06/03/2008

Assigned to: Magistrate Judge Joan M. Azrack

### Defendant (1)

**Tijani Ahmed Saani**
*TERMINATED: 06/03/2008*

represented by **Patricia A Pileggi**
Patricia A. Pileggi, LLP
747 Third Avenue
32nd Floor
New York, NY 10017
212-425-3391
Fax: 347-287-6860
Email: ppileggi@paplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Peter Toumbekis**
Heller & Heller
425 Park Ave. South
5th Floor
New York, NY 10022
212-737-4490
Email: ptoumbekis@aol.com
*TERMINATED: 05/29/2008*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Susan Gail Kellman**
Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
Fax: 718-783-8226



A TRUE COPY
June 4   2008
Krista Di Longo

Case 1:08-cr-00147-RJL    Document 28    Filed 06/09/2008    Page 23 of 26

Email: kellmanesq@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

26USC7206 willfully making and
subscribing a fraudulent Form 1040

**Plaintiff**

**USA**                    represented by  **Winston Milagres Paes**
                                            US Attorney's Office, EDNY
                                            271 Cadman Plaza East
                                            Brooklyn, NY 11201
                                            718-254-7000
                                            Fax: 718-254-6481
                                            Email: winston.paes@usdoj.gov
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/08/2008 | 1 | RULE 5 AFFIDAVIT/REMOVAL TO THE DISTRICT OF COLUMBIA by USA as to Tijani Ahmed Saani (Chin, Felix) (Entered: 05/09/2008) |
| 05/08/2008 |   | Arrest (Rule 5) of Tijani Ahmed Saani (Chin, Felix) (Entered: 05/09/2008) |
| 05/08/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Joan M. Azrack:Arraignment as to Tijani Ahmed Saani (1) Count Complaint held on 5/8/2008, Initial Appearance in Rule 5(c)(3) Proceedings as to Tijani Ahmed Saani held on 5/8/2008. AUSA Andrew Goldsmith & Ann Brickley present. Dft present w/ret counsel Peter Toumbekis. Removal proceeding to the District of Columbia held. Bail hearing set for 5/9/08 @ 11 am. Temporary |

|  |  | order of detention entered. (Log # 5/8/08 3:13-3:22.) (Chin, Felix) (Entered: 05/09/2008) |
|---|---|---|
| 05/08/2008 | 3 | TEMPORARY COMMITMENT Issued as to Tijani Ahmed Saani (Chin, Felix) (Entered: 05/09/2008) |
| 05/08/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Peter Toumbekis appearing for Tijani Ahmed Saani (Chin, Felix) (Entered: 05/09/2008) |
| 05/09/2008 | 5 | Minute Entry for proceedings held before Magistrate Judge Joan M. Azrack:Bond Hearing as to Tijani Ahmed Saani held on 5/9/2008, Detention Hearing as to Tijani Ahmed Saani held on 5/9/2008. AUSA Ann Brickley present. Dft present w/ret counsel Peter Toumbekis. Dfse counsel presented a bail package; govt opposed; court denied application. Hearing adjourned to 5/14/08 @ 2 pm. Temporary order of detention entered. (Log # 5/9/08 11:37-11:45.) (Chin, Felix) (Entered: 05/09/2008) |
| 05/09/2008 | 6 | TEMPORARY COMMITMENT Issued as to Tijani Ahmed Saani (Chin, Felix) (Entered: 05/09/2008) |
| 05/14/2008 | 7 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Detention Hearing as to Tijani Ahmed Saani held on 5/14/2008. AUSa Ann Brickley from D.C. present. Dft. present with retained counsel Peter Toumbekis. Defense counsel presented a bail package. Government opposed. Court set bond in the amount of $500,000. Court stayed bond pending appeal in District of Columbia. (Tape #2:48-3:32.) (DiLorenzo, Krista) (Entered: 05/15/2008) |
| 05/15/2008 | 8 | NOTICE OF ATTORNEY APPEARANCE Winston Milagres Paes appearing for USA. (Paes, Winston) (Entered: 05/15/2008) |
| 05/15/2008 | 9 | Letter *Notice of Stay Order by the Government* as to Tijani Ahmed Saani (Attachments: # 1 Exhibit Order to Stay Release Order by Hon. Royce C. Lamberth, U.S.D.J., District of Columbia) (Paes, Winston) (Entered: 05/15/2008) |
| 05/15/2008 | 10 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Detention Hearing as to Tijani Ahmed Saani held on 5/15/2008. AUSA Winston Paes for Ann Brickley. Judge Lambert in District of Columbia stayed the release order by Judge Bloom pending appeal. Hearing adjourned to 5/19/08 @ 2pm. (Tape #4:10-4:17.) (DiLorenzo, Krista) (Entered: 05/16/2008) |
| 05/19/2008 | 11 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Bond Hearing as to Tijani Ahmed Saani held on 5/19/2008 (Tape #LOG # (3:43-3:51).) AUSA Winston Paes present. Deft present w/ counsel Mark Heller and Peter Toumbekis. Hearing adjourned to 5/22 at 11am. (Yuen, Sui-May) (Entered: 05/20/2008) |
| 05/22/2008 | 12 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Detention Hearing as to Tijani Ahmed Saani held on 5/22/2008 (Tape #log # (1:28-1:35).) AUSA Winston Paes present. Deft present w/ counsel |

| | | |
|---|---|---|
| | | Mark Heller. Bond satisfaction hearing held. No decision from appeal in D.C. Order of detention entered pending appeal. Hearing adjourned to 5/29 at 11am. (Yuen, Sui-May) (Entered: 05/22/2008) |
| 05/22/2008 | 13 | ORDER OF DETENTION as to Tijani Ahmed Saani. Ordered by Magistrate Judge Roanne L. Mann on 5/22/08. (Yuen, Sui-May) (Entered: 05/22/2008) |
| 05/28/2008 | 14 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 8, 2008, before Judge Azrack. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/28/2008 | 15 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 9, 2008, before Judge Azrack. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/28/2008 | 16 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 14, 2008, before Judge Bloom. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/28/2008 | 17 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 15, 2008, before Judge Bloom. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/28/2008 | 18 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 19, 2008, before Judge Mann. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set |

| | | |
|---|---|---|
| | | for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/28/2008 | 19 | Transcript of Proceedings as to Tijani Ahmed Saani held on May 22, 2008, before Judge Mann. Court Transcriber Typewrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/18/2008. Redacted Transcript Deadline set for 6/30/2008. Release of Transcript Restriction set for 8/26/2008. (Rocco, Christine) (Entered: 05/28/2008) |
| 05/29/2008 | 20 | NOTICE OF ATTORNEY APPEARANCE: Patricia A Pileggi appearing for Tijani Ahmed Saani (Pileggi, Patricia) (Entered: 05/29/2008) |
| 05/29/2008 | 21 | NOTICE OF ATTORNEY APPEARANCE: Susan Gail Kellman appearing for Tijani Ahmed Saani (Chin, Felix) (Entered: 05/30/2008) |
| 05/29/2008 | 22 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Status Conference as to Tijani Ahmed Saani held on 5/29/2008. AUSA Winston Paes present. Dft present w/ret counsel Mark Heller, Peter Toumbekis & Susan Kellman. Ret. counsel Susan Kellman appointed. Counsel Mark Heller & Peter Toumbekis relieved. (Log #5/29/08 4:11-4:24.) (Chin, Felix) (Entered: 05/30/2008) |
| 06/03/2008 | 23 | Minute Entry for proceedings held before Chief Magistrate Steven M. Gold:Detention Hearing as to Tijani Ahmed Saani held on 6/3/2008. AUSA Raymond Tierney present. Dft. present with retained counsel Susan Kellman. Dft. waived identity hearing. Judge Lambert in D.C. reversed the bail decision made by this court, and ordered that dft. be removed to D.C. in custody. Order of commitment entered. (Tape #2:23-2:26.) (DiLorenzo, Krista) (Entered: 06/04/2008) |
| 06/03/2008 | 24 | WAIVER of Rule 5 Hearing by Tijani Ahmed Saani. (DiLorenzo, Krista) (Entered: 06/04/2008) |
| 06/03/2008 | 25 | COMMITMENT TO ANOTHER DISTRICT as to Tijani Ahmed Saani. Defendant committed to District of Columbia. Ordered by Chief Magistrate Steven M. Gold on 6/3/08. (DiLorenzo, Krista) (Entered: 06/04/2008) |
| 06/03/2008 | | (Court only) ***Case Terminated as to Tijani Ahmed Saani, ***Terminated defendant Tijani Ahmed Saani, pending deadlines, and motions. (DiLorenzo, Krista) (Entered: 06/04/2008) |