# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.           )<br>)<br>TIJANI AHMED SAANI   ) | Criminal No. 08-00147 (RJL) |

## NOTICE OF APPEAL

Name and address of appellant:   Tijani Ahmed Saani
DCDC # 319240
c/o D.C. Jail
1901 D Street, S.E.
Washington, D.C. 20003

Name and address of appellant's attorney:   David M. Lubitz
Law Office of David M. Lubitz
210 5th Street, N.E.
Washington, D.C. 20002

Offense: 26 U.S.C. s. 7601(2)

Concise statement of judgment or order, giving date, and any sentence:

June 20, 2008 denial of defendant's motion to review bond status, entered on the trial court docket sheet June 23, 2008.

Name and institution where now confined, if not on bail:   D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6/23/08
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [✓]
PAID USCA FEE [✓]

Does counsel wish to appear on appeal?          YES [✓]   NO [ ]
Has counsel ordered transcripts?                YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]