UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | **Criminal No.   08-147 (RJL)** |
| ) | |
| **v.**  ) | |
| ) | |
| **TIJANI A. SAANI,**  ) | |
| ) | |
| **Defendant**  ) | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America, by and through the Criminal Division of the United States Department of Justice, informs the Court that the above-captioned matter has been assigned to Trial Attorney Richard B. Evans as counsel for the United States. Accordingly, the United States asks the Court to designate Richard B. Evans, in addition to Trial Attorneys Ann C. Brickley and Kathryn H. Albrecht of the Criminal Division, Public Integrity Section, and Emily W. Allen, Ryan J. Danks, and Mark W. Pletcher of the Antitrust Division, National Criminal Enforcement Section, who have already entered their appearance, as lead counsel and attorneys to be notified for the United States.

Respectfully submitted this 2nd day of July 2008,

WILLIAM M. WELCH II
Chief, Public Integrity Section


 /s/ Richard B. Evans
RICHARD B. EVANS
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th Street & Constitution Ave., NW
Bond Building, 12th Floor
Washington, DC 20530
(202) 353-7760 - direct number
(202) 514-3003 - facsimile
E-mail: richard.b.evans@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2nd day of July 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys who are known to represent the defendant.

      /s/ Richard B. Evans
RICHARD B. EVANS
Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
10th Street & Constitution Ave., NW
Bond Building, 12th Floor
Washington, DC 20530
(202) 353-7760 - direct number
(202) 514-3003 - facsimile
E-mail: richard.b.evans@usdoj.gov