## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) |
| v. | ) )   Crim No. 08-00147 (RJL) |
| **TIJANI AHMED SAANI,** | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT'S MOTION ON CONSENT TO ADVANCE HEARING

Defendant, Tijani Ahmed Saani, by and through undersigned counsel, hereby asks this Court to advance the date and time currently scheduled for hearing on the Government's motion to exclude speedy trial time, so that hearing on the motion is held on Wednesday, July 9, 2008 at 4:30 p.m. rather than Friday, July 11, 2008 at 11:30 a.m.  The Government consents to this motion.  A memorandum of points and authorities in support is attached.

Respectfully submitted,

/s/ David M. Lubitz
DAVID M. LUBITZ
210 5th Street, N.E
Washington, DC 20002
(202) 492-4273
david.lubitz@verizon.net
D.C. Bar # 457558

PATRICIA A. PILEGGI
747 3rd Avenue, 32nd Floor
New York, NY 10017
(212) 425-3391
ppileggi@paplaw.com
Admitted Pro Hac Vice

          SUSAN G. KELLMAN  
          25 8TH Avenue  
          Brooklyn, NY 11217  
          (718) 783-8200  
          kellmanesq@aol.com  
          Admitted Pro Hac Vice

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| v. | ) Crim No. 08-00147 (RJL) |
| **TIJANI AHMED SAANI,** | ) |
| **Defendant.** | ) |

**DEFENDANT'S MEMORANDUM IN SUPPORT
OF MOTION ON CONSENT TO ADVANCE HEARING**

In support of its motion on consent to advance hearing on the Government's motion to exclude speedy trial time to Wednesday, July 9, 2008 at 4:30 p.m., Defendant, Tijani Ahmed Saani, by and through undersigned counsel, states the following:

1.  At a status conference held on July 3, 2008, this Court scheduled oral argument on the Government's motion exclude speedy trial time for Friday, July 11, 2008 at 11:30 a.m.

2.  When this Court scheduled oral argument, defense counsel prepared to argue in opposition to the motion, Susan Kellman, informed this Court that she had another argument at 2:30 p.m. in the U.S. District Court for the Eastern District of New York ("E.D.N.Y."). Ms. Kellman also informed this Court that she was unsure whether co-counsel would be available to argue in her place, if she could not move the previously scheduled E.D.N.Y. matter.

3.  Subsequently, Ms. Kellman determined that she cannot move her E.D.N.Y. appearance and that no co-counsel is available to argue in her place. Ms. Kellman does not believe that she will be able to argue in this Court and make her E.D.N.Y. appearance on time.

4.      On information and belief, this Court has no matters scheduled for Wednesday, July 9 at 4:30 p.m.

5.       The Government consents to this motion.

WHEREFORE, undersigned counsel respectfully request that this Court advance the hearing on the Government's motion to exclude speedy trial time from Friday, July 11 at 11:30 a.m. to Wednesday, July 9 at 4:30 p.m.

                                                Respectfully submitted,

                                                /s/ David M. Lubitz
DAVID M. LUBITZ
210 5th Street, N.E
Washington, DC 20002
(202) 492-4273
david.lubitz@verizon.net
D.C. Bar # 457558

PATRICIA A. PILEGGI
747 3rd Avenue, 32nd Floor
New York, NY 10017
(212) 425-3391
ppileggi@paplaw.com
Admitted Pro Hac Vice

SUSAN G. KELLMAN
25 8TH Avenue
Brooklyn, NY 11217
(718) 783-8200
kellmanesq@aol.com
Admitted Pro Hac Vice


Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Crim No. 08-00147 (RJL) |
| **TIJANI AHMED SAANI,** | ) ) ) | |
| **Defendant.** | ) ) | |

**ORDER**

THIS CAUSE comes before the Court on Defendant's motion on consent to advance the hearing on the Government's motion to exclude speedy trial time. Upon consideration of Defendant's motion on consent, memorandum in support and the record in the matter, the Court finds good cause to grant the motion. Accordingly, it is hereby,

ORDERED that the hearing scheduled for July 11, 2008 at 11:30 a.m. is advanced to July 9, 2008 at 4:30 p.m.

_____
Richard J. Leon, U.S. District Judge