UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim No. 08-00147 (RJL) |
| TIJANI AHMED SAANI, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION ON CONSENT TO RESCHEDULE HEARING**

Defendant, Tijani Ahmed Saani, by and through undersigned counsel, hereby asks this Court to reschedule the date and time currently scheduled for hearing on the Government's motion to exclude speedy trial time, so that hearing on the motion is held on Tuesday, July 15, 2008 at 10:30 a.m. rather than Friday, July 11, 2008 at 11:30 a.m. The Government consents to this motion. A memorandum of points and authorities in support is attached.

    Respectfully submitted,

    /s/ David M. Lubitz
    DAVID M. LUBITZ
    210 5th Street, N.E
    Washington, DC 20002
    (202) 492-4273
    david.lubitz@verizon.net
    D.C. Bar # 457558

    PATRICIA A. PILEGGI
    747 3rd Avenue, 32nd Floor
    New York, NY 10017
    (212) 425-3391
    ppileggi@paplaw.com
    Admitted Pro Hac Vice

SUSAN G. KELLMAN
25 8TH Avenue
Brooklyn, NY 11217
(718) 783-8200
kellmanesq@aol.com
Admitted Pro Hac Vice


Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Crim No. 08-00147 (RJL) |
| | ) | |
| **TIJANI AHMED SAANI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT
OF MOTION ON CONSENT TO ADVANCE HEARING**

In support of its motion on consent to reschedule the hearing on the Government's motion to exclude speedy trial time to Tuesday, July 15, 2008 at 10:30 a.m., Defendant, Tijani Ahmed Saani, by and through undersigned counsel, states the following:

1. At a status conference held on July 3, 2008, this Court scheduled oral argument on the Government's motion to exclude speedy trial time for Friday, July 11, 2008 at 11:30 a.m.

2. When this Court scheduled oral argument, defense counsel prepared to argue in opposition to the motion, Susan Kellman, informed this Court that she had another argument at 2:30 p.m. in the U.S. District Court for the Eastern District of New York ("E.D.N.Y."). Ms. Kellman also informed this Court that she was unsure whether co-counsel would be available to argue in her place, if she could not move the previously scheduled E.D.N.Y. matter.

3. Subsequently, Ms. Kellman determined that she cannot move her E.D.N.Y. appearance and that no co-counsel is available to argue in her place. Ms. Kellman does not believe that she will be able to argue in this Court and make her E.D.N.Y. appearance on time.

4.  On July 8, 2008, Defendant filed a motion on consent to advance the hearing on the Government's motion to exclude speedy trial time for Wednesday, July 9 at 4:30 p.m. The Court has orally informed the parties that it is unavailable on the date and time proposed in the July 8 motion on consent.

5.  On information and belief, the Court has no matters scheduled for Tuesday, July 15, at 10:30 a.m.

6.  The Government consents to this motion.

WHEREFORE, undersigned counsel respectfully request that this Court reschedule the hearing on the Government's motion to exclude speedy trial time from Friday, July 11 at 11:30 a.m. to Tuesday, July 15 at 10:30 a.m.

Respectfully submitted,

/s/ David M. Lubitz
DAVID M. LUBITZ
210 5th Street, N.E
Washington, DC 20002
(202) 492-4273
david.lubitz@verizon.net
D.C. Bar # 457558

PATRICIA A. PILEGGI
747 3rd Avenue, 32nd Floor
New York, NY 10017
(212) 425-3391
ppileggi@paplaw.com
Admitted Pro Hac Vice

SUSAN G. KELLMAN
25 8TH Avenue
Brooklyn, NY 11217
(718) 783-8200
kellmanesq@aol.com
Admitted Pro Hac Vice

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | Crim No. 08-00147 (RJL) |
| **TIJANI AHMED SAANI,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS CAUSE comes before the Court on Defendant's motion on consent to reschedule the hearing on the Government's motion to exclude speedy trial time. Upon consideration of Defendant's motion on consent, memorandum in support and the record in the matter, the Court finds good cause to grant the motion. Accordingly, it is hereby,

ORDERED that the hearing scheduled for July 11, 2008 at 11:30 a.m. is rescheduled to July 15, 2008 at 10:30 a.m.

_____
Richard J. Leon, U.S. District Judge