UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 08-147 (RJL) |
| ) | |
| Tijani SAANI, *Defendant*_____) | |

ORDER

Upon good cause shown in Motion to Strike Attorney Appearance, filed by Nathan I. Silver, Esq., a member of the bar of this Court, said appearance entered it appears in error, and upon other evidence before the Court in the record of this case, it shall be and hereby is

ORDERED, this ____ day of _____, 2008, that the Motion be granted and that the appearance of Nathan I. Silver, Esq., as attorney for Defendant be stricken from the record of this case.

_____
Hon. Richard J. Leon
United States District Judge

cc: Ann Brickley, Esq.
U.S. Dept. of Justice
(via ECF)

David Lubitz, Esq.
Attorney for Defendant
(via ECF)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 08-147 (RJL) |
| | ) | |
| Tijani SAANI, *Defendant*_____ | ) | |

ORDER

Upon good cause shown in Motion to Strike Attorney Appearance, filed by Nathan I. Silver, Esq., a member of the bar of this Court, said appearance entered it appears in error, and upon other evidence before the Court in the record of this case, it shall be and hereby is

ORDERED, this ____ day of _____, 2008, that the Motion be granted and that the appearance of Nathan I. Silver, Esq., as attorney for Defendant be stricken from the record of this case.

_____
Hon. Richard J. Leon
United States District Judge

cc: Ann Brickley, Esq.
    U.S. Dept. of Justice
    (via ECF)

    David Lubitz, Esq.
    Attorney for Defendant
    (via ECF)