UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 08-147 (RJL) |
| | ) | |
| Tijani SAANI, *Defendant*_____ | ) | |

**FILED**

**AUG 1 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon good cause shown in Motion to Strike Attorney Appearance, filed by Nathan I.

Silver, Esq., a member of the bar of this Court, said appearance entered it appears in error, and

upon other evidence before the Court in the record of this case, it shall be and hereby is

ORDERED, this _15_ day of ___August___, 2008, that the Motion be granted and

that the appearance of Nathan I. Silver, Esq., as attorney for Defendant be stricken from the

record of this case.

_____
Hon. Richard J. Leon
United States District Judge

cc:  Ann Brickley, Esq.
     U.S. Dept. of Justice
     (via ECF)

     David Lubitz, Esq.
     Attorney for Defendant
     (via ECF)