UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) ) ) | |
| v. | ) ) ) | Criminal Case No. 08-147 (RJL) |
| TIJANI A. SAANI | ) | |

**ORDER**
(August 28, 2008) [#31]

FILED
SEP 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Before the Court is the Government's motion to exclude time from the Speedy Trial Act calculations. Upon consideration of the motion, the defendant's response, the relevant law, and the entire record herein, it is hereby

**ORDERED** that, due to the delay occasioned by requests to obtain evidence located in the Kingdom of the Netherlands, the Republic of Ghana, and the Isle of Man, as evidenced by the Declaration of Special Agent Troy Burrus, the Government's motion to exclude time is **GRANTED**, and time is excluded from the Speedy Trial Act calculation until at least January 9, 2009. It is further

**ORDERED** that the Court will hold a status conference at 10:30 a.m. on January 9, 2009 to determine how much, if any, of the remaining excludable time available by law should be excluded from the Speedy Trial Act calculation. At that time, the Government will update the Court on the status of the outstanding requests.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge